UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENA LOUISE HARDY,

    Plaintiff,

v.

    CASE NO. 1:19-CV-495

    HON. ROBERT J. JONKER

PACKAGING CORPORATION OF AMERICA,

    Defendant.
_____/

## ORDER

The Magistrate Judge filed a Report and Recommendation (R&R) on June 28, 2019, calling for a without prejudice dismissal of Plaintiff's pro se complaint, with leave to file an Amended Complaint within 28 days.

Plaintiff filed an Amended Complaint on July 25, 2019, within the 28-day period. The Clerk of Court docketed the Amended Complaint, but also indicated in a separate docket entry that the Amended Complaint amounted to an objection to the R&R.

In fact, the Court does not believe Plaintiff is objecting to the R&R. Rather, she is following through with the recommended Amended Complaint. This effectively moots the R&R and puts the matter back before the Magistrate Judge for appropriate action based on the Amended Complaint.

The R&R is dismissed as moot. The Magistrate Judge shall respond to the Amended Complaint as required by law.

Date:   August 6, 2019        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE