UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINA LOUISE HARDY,

        Plaintiff,

                                          File no: 1:19-CV-495

v.

                                          HON. ROBERT J. JONKER

PACKAGING CORPORATION
OF AMERICA,

        Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 18, 2019 (ECF No. 10). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 10) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   November 15, 2019                          /s/ Robert J. Jonker
                                                                     ROBERT J. JONKER
                                                                       CHIEF UNITED STATES DISTRICT JUDGE